HENRIETTA K. ORR, Appellant, v. CHARLES H. CHAWGO and Others, Defendants, and W. NIVER WYNKOOP, Respondent.— Judgment affirmed, with costs. All concur.

HAROLD J. CHANDLER, Respondent, v. CITY OF BUFFALO, Appellant, and BENJAMIN G. LONG, Defendant.— Judgment affirmed, with costs. (See *Lamm* v. *City of Buffalo*, 225 App. Div. 599.) All concur.

THOMAS MURRAY, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant, and M. MORAN TRANSPORTATION LINES, INCORPORATED, Defendant.— Judgment and order reversed on the law and a new trial granted as to the appealing defendant, with costs to appellant to abide the event, upon the grounds stated in the *per curiam* memorandum handed down in the case of *Murray* v. *Great Atlantic & Pacific Tea Co.* (*ante*, p. 477), decided herewith. All concur.

AUGUSTA FENSKI, Respondent, v. EMPIRE STATE LIFE ASSURANCE SOCIETY, Appellant.— Judgment affirmed, with costs. All concur.

DOROTHY CRATSENBERG, an Infant, etc., Respondent, v. THE INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

GEORGE CRATSENBERG, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

JOSEPH BOGDAN, Respondent, v. THE PFAUDLER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *List* v. *Eastman Kodak Co.* (*ante*, p. 820), decided by this court October 5, 1932. All concur.

MARION GIUNTA, Respondent, v. BENJAMIN E. TILTON and Another, as Receivers of NEW YORK STATE RAILWAYS, Appellants.— Judgment affirmed, with costs. All concur.

THOMAS GIUNTA, Respondent, v. BENJAMIN E. TILTON and Another, as Receivers of NEW YORK STATE RAILWAYS, Appellants.— Judgment affirmed, with costs. All concur.

In the Matter of the Application of LESTER ALFANO, Appellant, for a Prohibition Order against THE ONEIDA COUNTY COURT and FREDERICK H. HAZARD, as Oneida County Judge, Respondents. – Order affirmed, with costs. All concur.

In the Matter of the Application of CHARLES DEFAZIO, Appellant, for a Prohibition Order against THE ONEIDA COUNTY COURT and FREDERICK H. HAZARD, as Oneida County Judge, Respondents.*– Order affirmed, with costs. All concur.

In the Matter of the Application of EMERSON FRANK, Appellant, for a Prohibition Order against THE ONEIDA COUNTY COURT and FREDERICK H. HAZARD, as Oneida County Judge, Respondents. — Order affirmed, with costs. All concur.

In the Matter of the Application of NICHOLAS LISANDRELLI, Appellant, for a Prohibition Order against THE ONEIDA COUNTY COURT and FREDERICK H. HAZARD, as Oneida County Judge, Respondents.— Order affirmed, with costs. All concur.

In the Matter of the Application of ANTHONY PUGLISE, Appellant, for a Prohibition Order against THE ONEIDA COUNTY COURT and FREDERICK H. HAZARD, as Oneida County Judge, Respondents. — Order affirmed, with costs. All concur.